UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEON HENRY,                                    Case No. 11-10192

      Plaintiff,                      SENIOR UNITED STATES
                                               DISTRICT JUDGE
v.                                             ARTHUR J. TARNOW

EASTPOINTE POLICE DEPARTMENT,                  MAGISTRATE JUDGE
                                               PAUL J. KOMIVES
      Defendant.

_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [61] AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [38]

On July 13, 2012, the Magistrate Judge issued a Report and Recommendation (R&R) recommending that the Court deny Plaintiff's Motion for a Preliminary Injunction [38]. No objection to the R&R has been filed. The Court has reviewed the record in this case.

The R&R of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly, **IT IS ORDERED** that Defendants' Motion for a Preliminary Injunction [38] is **DENIED**.

**SO ORDERED**.

Dated: August 2, 2012              s/Arthur J. Tarnow
                                   ARTHUR J. TARNOW
                                   SENIOR U. S. DISTRIC JUDGE

I hereby certify that a copy of the forgoing document was sent to parties of record on August 2, 2012 electronically and/or by U.S. mail.

                            s/Michael Williams
                            Relief Case Manager